HORNSBY, Chief Justice.
The trial court’s summary judgment in favor of Browning-Ferris Industries of Alabama, Inc., is affirmed on the authority of Cutts v. American United Life Ins. Co., 505 So.2d 1211 (Ala.1987); Dickinson v. Echols, 578 So.2d 1257 (Ala.1991); Lynch v. Green Tree Acceptance, Inc., 575 So.2d 1068 (Ala.1991); Skinner v. Etheridge, 564 So.2d 902 (Ala.1990); Goodwin v. Barry Miller Chevrolet, Inc., 543 So.2d 1171 (Ala.1989); Hogin v. Cottingham, 533 So.2d 525 (Ala.1988); Barnett v. Mobile County Personnel Bd., 536 So.2d 46 (Ala.1988); Ritch v. Waldrop, 428 So.2d 1 (Ala.1982); Alabama Power Co. v. Neighbors, 402 So.2d 958 (Ala.1981); Abernathy v. Thornton, 263 Ala. 496, 83 So.2d 235 (1955); Dismukes v. Trivers Clothing Co., 221 Ala. 29, 127 So. 188 (1930); see Hart v. General Motors Acceptance Corp., 437 So.2d 1255 (Ala.1983); see also Escoffier v. Anderson, 557 So.2d 844 (Ala.Civ.App.1990).
AFFIRMED.
MADDOX, SHORES, HOUSTON and KENNEDY, JJ., concur.